UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW KLOTSCHE,<br>    Plaintiff | : | NO.: 3:13CV955(RNC) |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY and | : | |
| INTERNATIONAL UNION, SECURITY, | : | |
| POLICE AND FIRE PROFESSIONALS | : | JULY 19, 2013 |
| OF AMERICA, LOCAL NO. 502 | | |
|     Defendants. | | |

## **RETURNS OF SERVICE**

The plaintiff herewith submits to the Court the Return of Service of two true and attested copis of the original Summons, Complaint, Appearance, Notice to Counsel and Pro Se Parties, Order Re: Disclosure Statement, Tips For Successful CM/ECF E Filing, Standing Protective Order, Exhibit A, Electronic Filing Order in Civil Cases, and Order on Pre Trial Deadlines, to within named Defendant, YALE UNIVERSITY, c/o Vice President and General Counsel, by leaving with and in the hands of Jonathan E. Clune, Associate General Counsel who is duly authorized to accept service and who accepted service on July 15, 2013, by an indifferent person, indicating that process has been made upon said defendant; and also,

The plaintiff herewith submits to the Court the Return of Service of a true and attested copy of the original Summons, Complaint, Appearance, Notice to Counsel and Pro Se Parties, Order Re: Disclosure Statement, Tips For Successful CM/ECF E Filing, Standing Protective Order, Exhibit A, Electronic Filing Order in Civil Cases, and Order on Pre Trial Deadlines, to within named Defendant, INTERNATIONAL UNION, SECURITY, POLICE AND FIRE PROFESSIONALS OF AMERICA, LOCAL NO. 502, by virtue hereof,

named defendant, foreign corporation, by depositing via USPS, a certified letter, return receipt requested, addressed to the Secretary of it's principal office, pursuant to Section 33-929 of the Connecticut General Statutes, by an indifferent person, indicating that process has been made upon said defendant.

THE PLAINTIFF

BY /s/ John R. Williams
John R. Williams
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215
His Attorney

**CERTIFICATION**

I hereby certify that on July 19, 2013, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ John R. Williams
John R. Williams
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
203.776.9494
Jrw@johnrwilliams.com

2