# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ANDREW KLOTSCHE,

V.

YALE UNIVERSITY, ET AL.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:13-CV-00955-RNC

TO: International Union, Security, Police and Fire Professionals of America, Local No. 502., Yale University
Defendant's Address:

Yale University
c/o Vice President and General Counsel
2 Whitney Avenue
6th Floor
New Haven, CT 06510

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John R. Williams
51 Elm St., Ste. 409
New Haven, CT 06510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – A. Blue

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2013-07-10 09:18:48.0, Clerk
USDC CTD