UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Case number: 3:13-cv-00955-RNC

U.S. District Court

ss:  New Haven, July 15, 2013

District of Connecticut

Then and there by virtue hereof, I served the within named defendant , **YALE UNIVERSITY C/O VICE PRESIDENT AND GENERAL COUNSEL,** by leaving with and in the hands of **Jonathan E. Clune, Associates General Counsel, who is duly authorized to accept service and who accepted service,** two a true and attested copies of the original Summons, Complaint, Order on Pretrial Deadlines, Electronic Filing System and Electronic Filing of Papers and Electronic Filing Order, Notice to Counsel and pro se parties, Order Re: Disclosure Statement and Tips for Successful CMECF Efiling with my endorsement thereon.

ATTEST:

EVE L. MILLER
AN INDIFFERENT PERSON

FEES:
Service Fee            $ 30.00
Copies                   23.00
Endorsements               .80
Travel                    5.00
Witness fee              68.37
                       $127.17