UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Case# 3:11-CV-00955 (RNC)

U.S. District Court
                         ss:  New Haven, July 15, 2013

District of Connecticut

    Then and there by virtue hereof, I served the within named defendant foreign corporation **INTERNATIONAL UNION, SECURITY, POLICE AND FIRE PROFESSIONALS OF AMERICA, LOCAL NO. 502** by depositing at the Post Office, a letter, certified mail, return receipt requested addressed to the Secretary at its principal office, pursuant to Section 33-929 of the Connecticut General Statutes;

            International Union, Security,
           Police and Fire Professionals of
               America, Local NO. 502
                  c/o The Secretary
                     PO Box 10
              Dravosburg, PA 15034-0010

receiving therefore the Post Office receipt hereto annexed. said letter contained a true and attested copy of the original Summons, Complaint, Order on Pretrial Deadlines, Electronic Filing System and Electronic Filing of Papers and Electronic Filing Order, Notice to Counsel and pro se parties, Order Re: Disclosure Statement and Tips for Successful CMECF Efiling with my endorsement thereon.

                              ATTEST:
                              EVE L. MILLER
                              AN INDIFFERENT PERSON

FEES:
| | |
|---|---|
| Service Fee | $ 30.00 |
| Copies | 23.00 |
| Endorsements | .80 |
| Travel | 5.00 |
| Certified Mail | 9.57 |
| | $ 68.37 |



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ 9.57
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted
(Endorsement
Total Post

Sent To International Union, Security,
Police and Fire Professionals of
America, Local NO. 502
Street, Apt. or PO Box c/o The Secretary
PO Box 10
City, State, Dravosburg, PA 15034-0010

PS Form 3800, August 2006    See Reverse for Instructions