# United States District Court

DISTRICT OF_____
CONNECTICUT

ANDREW KLOTSCHE                              **APPEARANCE**

     Plaintiff

v.                                          **CASE NUMBER**: 3:13-cv-0955 (RNC)

YALE UNIVERSITY AND INTERNATIONAL UNION,
SECURITY, POLICE AND FIRE PROFESSIONALS
OF AMERICA, LOCAL NO. 502

     Defendants


To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for defendant, International Union, Security, Police and Fire Professionals of America, Local No. 502.


August 9, 2013
*Date*

 ct05698
*Connecticut Federal Bar Number*

(860) 233-9821
*Telephone Number*

(860) 232-7818
*Fax Number*

gdadler@lapm.org
*E-mail Address*


_____
*Signature*

 Gregg D. Adler
*Print Name*

Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.

557 Prospect Avenue
*Address*

Hartford, CT   06105-2922

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, a copy of the foregoing Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: gdadler@lapm.org