UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ANDREW KLOTSCHE

    Plaintiff

v.

YALE UNIVERSITY AND INTERNATIONAL
UNION, SECURITY, POLICE AND FIRE
PROFESSIONALS OF AMERICA, Local
No. 502

    Defendants

CIVIL ACTION NO.
3:13-cv-0955 (RNC)

August 9, 2013

## DEFENDANT SPFPA LOCAL 502's MOTION FOR EXTENSION OF TIME

Defendant International Union, Security, Police and Fire Professionals of America, Local 502, pursuant to Local Civil Rule 7(b), moves for an extension of time to September 4, 2013 within which to respond to Plaintiff's Complaint dated July 8, 2013. Although there is a possible dispute between the parties as to if and when Defendant SPFPA Local 502 was served, the relief sought in this Motion will eliminate the need to resolve that dispute. If granted, the extension of time will permit counsel to conduct the research necessary to prepare a proper response. It is noted that the Court previously granted Defendant Yale University's Motion for Extension to Time to file its response to the Complaint, to September 4, 2013.

Plaintiff's counsel has been contacted and has stated he does not object to the granting of this Motion. This is the Defendant SPFPA Local 502's first request to extend time for the filing of a response to the Complaint.

                      Respectfully submitted,

                      ___/s/Gregg D. Adler_____
                      Gregg D. Adler ct05698
                      Livingston, Adler, Pulda, Meiklejohn
                        & Kelly, P.C.
                      557 Prospect Avenue
                      Hartford, CT  06105-2922
                      (860) 233-9821
                      (860) 232-7818 fax
                      gdadler@lapm.org

                      Scott A. Brooks (MI P35773)
                      *Pro Hac Vice Motion to be filed*
                      Gregory, Moore, Jeakle & Brooks, P.C.
                      65 Cadillac Square, Suite 3727
                      Detroit, MI  48226
                      (313) 964-5600
                      (313) 964-2125 fax
                      scott@unionlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, a copy of the foregoing Motion for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/Gregg D. Adler
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: gdadler@lapm.org