## OFFICER'S SUPPLEMENTAL RETURN

IN THE MATTER OF: ANDREW KLOTSCHE V. YALE UNIVE ET AL.

RETURNABLE TO U.S. DISTRICT COURT DISTRICT OF CONNECTICUT BEARING DOCKET # 3:13-CV-00955-RNC

STATE OF CONNECTICUT

SS: NEW HAVEN, JULY 25, 2013

COUNTY OF NEW HAVEN

AND AFTERWARDS ON JULY 25, 2013, I RECEIVED FROM THE POST OFFICE, THE RETURN CARD SIGNED BY THE DEFENDANT AND THE LETTERS MARKED

**INTERNATIONAL UNION, SECURITY, POLICE, AND FIRE PROFESSIONALS OF AMERICA, LOCAL NO. 502 C/O THE SECRETARY**

INDICATING RECEIPT OF THE CERTIFIED LETTER FORWARDED JULY 15, 2013 AND THE SAME IS HERETO ANNEXED.

ATTEST:

EVE L. MILLER
AN INDIFFERENT PERSON

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   International Union, Security, Police and Fire Professionals of America, Local NO. 502
   c/o The Secretary
   PO Box 10
   Dravosburg, PA 15034-0010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Daniel Veli(?)
C. Date of Delivery: 7-22-13

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:
7/25/13

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 3050 0000 9495 0724