UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW KLOTSCHE,<br><br>    Plaintiff<br>v.<br><br>YALE UNIVERSITY and<br>INTERNATIONAL UNION, SECURITY,<br>POLICE AND FIRE PROFESSIONALS<br>OF AMERICA, Local No. 502<br><br>    Defendants | CIVIL ACTION NO.<br>3:13cv955 (RNC)<br><br><br><br><br><br><br><br>August 28, 2013 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY *PRO HAC VICE*

I, Gregg D. Adler, a partner in the law firm of Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. 557 Prospect Avenue, Hartford, CT 06105, a member of the Bar of this Court, and local counsel in the above-captioned matter, move for the admission *pro hac vice* of Attorney Scott A. Brooks, on behalf of the defendant, International Union, Security, Police and Fire Professionals of America, Local No. 502.

As explained in the attached affidavit, Mr. Brooks is admitted to practice before the Bar in the state of Michigan, the United States District Court for the Eastern District of Michigan, United States Court of Appeals for the Second, Third, Fourth, Sixth, Seventh, Ninth, Tenth and DC Circuits and the United States Supreme Court. Mr. Brooks is a member in good standing in every jurisdiction to which he has been admitted. To the best of my knowledge, Mr. Brooks has never had any disciplinary complaints filed against him in any jurisdiction to which he has been admitted. Neither

Mr. Brooks nor any member or attorney associated with his law firm has ever been denied admission by this Court or any other Court. Mr. Brooks is familiar with the Local Rules of this Court.

Mr. Brooks' office address and contact information is as follows:

>Gregory, Moore, Jeakle & Brooks, P.C.
>65 Cadillac Square, Suite 3727
>Detroit, MI 48226
>(313) 964-5600
>(313) 964-2125 (fax)
>scott@unionlaw.net

The undersigned shall serve as Mr. Brooks' agent for service of process and the United States District Court, District of Connecticut shall serve as the forum for the resolution of any dispute arising out of Mr. Brooks' admission.

WHEREFORE, the undersigned hereby Moves that Scott A. Brooks be admitted to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Gregg D. Adler
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2013, the foregoing Motion For Admission of Visiting Attorney *Pro Hac Vice* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      */s/* Gregg D. Adler
      Gregg D. Adler ct05698
      Livingston, Adler, Pulda, Meiklejohn
      & Kelly, P.C.
      557 Prospect Avenue
      Hartford, CT 06105-2922
      (860) 233-9821
      (860) 232-7818 (fax)
      gdadler@lapm.org