UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW KLOTSCHE,

v.

Civil No. 3:13cv955(RNC)

YALE UNIVERSITY and
INTERNATIONAL UNION, SECURITY,
POLICE AND FIRE PROFESSIONALS
OF AMERICA, LOCAL NO. 502

## DECLARTION OF SCOTT A. BROOKS

I, Scott A. Brooks declare as follows:

1. My name is Scott Alan Brooks.

2. I submit this Declaration in support of the application requesting permission for me to serve as visiting attorney in this Court on behalf of International Union, Security, Police and Fire Professionals of America, Local No. 502.

3. I am a member of the firm of Gregory, Moore, Jeakle & Brooks, P.C. My office address is at 65 Cadillac Square, Suite 3727, Detroit, MI 48226, my office telephone number is (313) 964-5600, (313) 964-2125 fax and my e-mail is scott@unionlaw.net.

4. I am licensed to practice before the following courts:

   a. Michigan Supreme Court (State Bar Number P35773);

   b. I have been admitted to practice in the following courts

| Court | Date of Admission |
|---|---|
| US Supreme Court | 6/26/95 |
| US District Ct - ED Mich | 2/7/86 |
| DC Circuit Court of Appeals | 12/21/98 |
| 2nd Circuit Court of Appeals | 12/17/96 |
| 3rd Circuit Court of Appeals | 5/15/95 |

| | |
|---|---|
| 4th Circuit Court of Appeals | 10/3/00 |
| 6th Circuit Court of Appeals | 4/6/88 |
| 7th Circuit Court of Appeals | 4/12/91 |
| 9th Circuit Court of Appeals | 6/14/95 |
| 10th Circuit Court of Appeals | 4/6/92 |

5. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I have never been disciplined nor denied membership by any Bar. There is no pending disciplinary complaint against me.

6. I have fully reviewed and I am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate the following sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission:

Gregg Adler, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
Email: gdadler@lapm.org
Tel:  860-570-4636
Fax:  860-232-7818

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2013

_____
Scott A. Brooks