UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW KLOTSCHE | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13CV955 (RNC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|    Defendants | : | SEPTEMBER 4, 2013 |

## **DEFENDANT YALE UNIVERSITY'S ANSWER TO AMENDED COMPLAINT**

Defendant, Yale University, hereby responds to plaintiff's Amended Complaint, dated August 12, 2013, as follows:

1. Paragraph 1 is a description of the plaintiff's claims, to which no response is required.

2. Paragraph 2 is a statement of jurisdiction, to which no response is required.

3-5. The allegations contained in Paragraphs 3, 4, and 5 are admitted.

6. Since the allegations of Paragraph 6 are not directed at this defendant, no response is required.

7. Yale University admits that, on February 21, 2013, the plaintiff was given a one-day unpaid suspension for not being at his assigned post. Yale University denies the remaining allegations contained in Paragraph 7.

8. The allegations contained in Paragraph 8 are denied.

9-11. Yale University denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 9, 10, and 11 and therefore leaves the plaintiff to his proof.

12. Yale University admits that the plaintiff's grievance was received by Yale University on March 14, 2013. Yale University denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 12 and therefore leaves the plaintiff to his proof.

13. The allegations contained in Paragraph 13 are admitted.

14. Yale University denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and therefore leaves the plaintiff to his proof.

25. (sic) The allegations contained in Paragraph 25 are denied as to this defendant.

> THE DEFENDANT
> YALE UNIVERSITY
>
> BY:   /s/ Patrick M. Noonan  (#ct00189)
>        Patrick M. Noonan
>        Donahue, Durham & Noonan, P.C.
>        741 Boston Post Road
>        Guilford, CT 06437
>        (203) 458-9168

**CERTIFICATION**

  I hereby certify that, on the above-written date, a copy of the foregoing Defendant Yale University's Answer to Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                          /s/
                       Patrick M. Noonan