UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW KLOTSCHE | : |
| **Plaintiff,** | : |
| v. | : |
| | : Case No. 3:13cv955 (RNC) |
| YALE UNIVERSITY and | : |
| INTERNATIONAL UNION, SECURITY, | |
| POLICE AND FIRE PROFESSIONALS | : |
| OF AMERICA LOCAL NO. 502 | |
| | : |
| **Defendants** | |

September 4, 2013

**DEFENDANT INTERNATIONAL UNION SECURITY, POLICE AND FIRE
PROFESSIONALS OF AMERICA, LOCAL NO. 502's
<u>ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES</u>**

Defendant International Union, Security, Police and Fire Professionals of America (SPFPA) Local No. 502 (hereafter "Defendant SPFPA") answers Plaintiff's Complaint as follows:

1. To the extent an answer is required, Defendant SPFPA admits that Plaintiff is bringing this action, but denies that Plaintiff is entitled to any relief.

2. To the extent an answer is required, Defendant SPFPA admits that Plaintiff has brought this action under Sections 151, *et seq*. of Title 29 and Section 1331 of Title 28, denies Plaintiff is entitle to any relief under these Sections and specifically denies that the Court has jurisdiction under Sections 1343(3) and 1367(a) of Title 28.

3. Admit.

4. Admit.

5. Deny.

6. To the extent an answer is required, Defendant SPFPA admits that it has an obligation under the National Labor Relations Act to represent the plaintiff in a non-arbitrary, non-discriminatory and good faith manner with respect to his employment at Yale University.

7. Admit only that on February 21, 2013, Plaintiff was given a one-day unpaid suspension by Defendant Yale University and denies the remainder of the allegation.

8. Deny.

9. Admit only that Plaintiff asked Local 502 to file a grievance on his behalf, deny the conclusion that the request was made "promptly."

10. Defendant SPFPA is without sufficient information to admit or deny the allegations, and therefore leaves the Plaintiff to his proof.

11. Defendant SPFPA is without sufficient information to admit or deny the allegations, and therefore leaves the Plaintiff to his proof.

12. Deny.

13. Admit that Defendant Yale University denied the grievance and that the written denial speaks to both the merits and the timeliness of the filing of the grievance; state further that Defendant Yale University denied the grievance in writing and that document speaks for itself.

14. Deny.

15-24. There are no allegations styled 15-24.

25. Deny.

Damages: Deny that Plaintiff is entitled to any damages from Defendant SPFPA.

## AFFIRMATIVE DEFENSES

A. Plaintiff has failed to state a claim for which he is entitled to relief.

B. Plaintiff has failed to exhaust his internal and/or administrative remedies.

C. Plaintiff has waived his right to seek redress of his alleged claims.

D. Plaintiff's claims are preempted by the National Labor Relations Act, as amended, and/or other statutes.

E. Plaintiff's claims are barred by the applicable statute of limitations and/or laches.

Respectfully submitted,

 /s/Gregg D. Adler (ct05698) 
Livingston, Adler, Pulda, Meiklejohn
 & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922
(860) 233-9821
(860) 232-7818 fax
gdadler@lapm.org

Scott A. Brooks (MI P35773)
*Admitted Pro Hac Vice*
Gregory, Moore, Jeakle & Brooks, P.C.
65 Cadillac Square, Suite 3727
Detroit, MI  48226
(313) 964-5600
(313) 964-2125 fax
scott@unionlaw.net

3

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2013, a copy of the foregoing Answer was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/Gregg D. Adler
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: gdadler@lapm.org