UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| ANDREW KLOTSCHE | : | NO.: 3:13CV955(RNC) |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY and | : | |
| INTERNATIONAL UNION, SECURITY, | : | |
| POLICE AND FIRE PROFESSIONALS | : | |
| OF AMERICA, LOCAL NO. 502 | : | OCTOBER 1, 2013 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to Local Rule 7(b), the plaintiff, ANDREW KLOTSCHE respectfully requests an extension of time of thirty (30) days, up to and including NOVEMBER 29, 2013 to answer and/or object to the Defendants' Interrogatories and Requests for Production, dated September 30, 2913.

In support of this motion, the plaintiff represent as follows:

1. They were served with Defendants Interrogatories and Request for Production on or about October 1, 2013.

1

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. Defendant's attorney, Patrick M. Noonan was contacted by this office and represents that he has no objection to the granting of this request.

4. This is the plaintiff's first request for an extension of time to respond to defendant's Interrogatories and Request for Production.

5. No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the Court grant this Motion for the reasons stated above.

THE PLAINTIFF

BY /s/ John R. Williams
John R. Williams
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215
His Attorney

**CERTIFICATION**

I hereby certify that on October 1, 2013 a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ John R. Williams
John R. Williams
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
203.776.9494
Jrw@johnrwilliams.com

3