UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW KLOTSCHE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13CV955 (RNC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | NOVEMBER 1, 2013 |

## JOINT STATUS REPORT

The plaintiff and the defendant, Yale University, submit the following joint status report. Defense counsel for Yale University communicated with counsel for defendant Local 502, but did not receive a response as to whether Local 502 agreed with the joint status report.

**A.     Status of the Case**

Defendant Yale University anticipates that it will file a motion for summary judgment as to the plaintiff's claims against it.

Defendant Yale University has completed its Initial Disclosures and propounded Interrogatories and Requests for Production upon the plaintiff. The plaintiff was granted an extension of time through November 29, 2013 within which to answer Yale University's discovery requests.

No depositions have been taken.

**B.     Referral for Settlement Purposes**

The parties do not request a settlement conference at this time. When a settlement conference is requested, the parties agree to a referral to a magistrate judge for the settlement conference.

**C.     Trial Before Magistrate Judge**

The parties do not consent to a jury trial before a magistrate judge.

**D.     Estimated Length of Trial**

The parties estimate that trial will last two to three days.

      THE PLAINTIFF
      ANDREW KLOTSCHE

BY:    /s/
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      (203) 562-9931
      jrw@johnrwilliams.com


      THE DEFENDANT
      YALE UNIVERSITY

BY:    /s/ Patrick M. Noonan  (#ct00189)
      Patrick M. Noonan
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437
      (203) 458-9168
      pnoonan@ddnctlaw.com

## **CERTIFICATION**

  I hereby certify that, on the above-written date, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan