UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2013 DEC 23 A 10:48
US DISTRICT COURT
HARTFORD CT

ANDREW KLOTSCHE,

 Plaintiff,

V.  CASE NO. 3:13cv955 (RNC)

YALE UNIVERSITY, ET AL,

 Defendants.

## ORDER

In the interest of justice, the above identified case is hereby transferred to Judge _Haight_. All further pleadings or documents in this matter should be filed with the Clerk's Office in _New Haven_ and bear the docket number 3:13cv955 _(CSH)_.

So ordered.

Dated at Hartford, Connecticut this 18th day of December 2013.

         /S/ROBERT N. CHATIGNY
         Robert N. Chatigny
         United States District Judge