UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW KLOTSCHE | : | NO.: 3:13CV955 |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY, ET AL. | : | APRIL 8, 2014 |

# A P P E A R A N C E

Please enter the appearance of ROSE LONGO-McLEAN, 51 Elm Street, New Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494; Email: r.l.mclean@johnrwilliams.com; Federal Bar No. ct28819; on behalf of the plaintiff in this matter.

                                                          THE PLAINTIFF

                                        BY:      /s/ *Rose Longo-McLean*
                                                  ROSE LONGO-McLEAN
                                                  Federal Bar No. ct28819
                                                  51 Elm Street
                                                  New Haven, CT 06510
                                                  (203) 562-9931
                                                  Fax:  (203) 776-9494
                                                  E-Mail: r.l.mclean@johnrwilliams.com

**CERTIFICATION**

    I hereby certify that a copy of foregoing was filed electronically.
Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                       /s/ *Rose Longo-McLean*
                                                       ROSE LONGO-McLEAN