UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW KLOTSCHE | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13CV955 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|    Defendants | : | MAY 29, 2014 |

### **DEFENDANT YALE UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Yale University hereby moves for summary judgment on the ground that the plaintiff cannot prevail on his hybrid § 301/duty of fair representation claim because the evidence demonstrates that Yale University did not breach the collective bargaining agreement when it suspended the plaintiff for one day without pay. The evidence also demonstrates that the International Union, Security, Police and Fire Professionals of America, Local No. 502 did not breach its duty of fair representation. Therefore, the action should be dismissed. The accompanying memorandum of law supports this motion.

                   THE DEFENDANT
                   YALE UNIVERSITY

              BY:  /s/ Patrick M. Noonan  (#ct00189)
                  Patrick M. Noonan
                  Colleen Noonan Davis
                  Donahue, Durham & Noonan, P.C.
                  741 Boston Post Road
                  Guilford, CT 06437
                  (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                                    /s/
                                                          Patrick M. Noonan