

# SPFPA | Grievance

International Union, Security, Police and Fire Professionals of America (SPFPA) and Local Union No. **502**, SPFPA

## GRIEVANCE

Grievance No.: **13-006**
Date: **2/27/13**
Shift: **2nd**
Company: **Yale University Security**
Unit: _____

This Grievance is filed pursuant to Article **VI** of the Agreement between _____ and the International Union, SPFPA and Local Union No. **502** as follows:

Basis for Grievance: Failure to follow progressive discipline on behalf of University and selective disciple on behalf of the University.

Contract Provision Violated: Article 6 Section 1 (a) "no non-probationary Security officer may be disciplined or discharged except for just cause." Article 6 Section 4 "Neither the University nor the Union shall apply the provisions of this agreement in an arbitrary, capricious or discriminatory manner."

Relief Requested: Reduction and removal of "unpaid suspension" from employment file and replaced with a verbal warning for failure to request break.

Discussed in 1st Step by:
Grievant (Print): Andrew Klotsche
Union Representative (Print): Joe Ryan
Management (Print): Daniel F. Killen
Grievant (Signature): [signed]
Union Representative (Signature): [signed]
Management (Signature): [signed]
Date: 2/27/13 | 2/27/13 | 3/14/13

SUBMIT ORIGINAL TO COMPANY, AND RETAIN A COPY FOR THE UNION

Rev. 06/2004

CASE NO. 13-006

**PROTECT TIME LIMITS**

Disposition by Management: (1st Step)

"X" One choice only.
- [ ] Grievance Satisfactorily Settled
- [ ] Appealed

Date:

Union Representative Signature _____ Date _____

Company Representative Signature _____ Date _____

Disposition by Management: (2nd Step) THIS GRIEVANCE IS DENIED. THE UNION HAS NOT DEMONSTRATED A VIOLATION OF ARTICLE VI, AS CLAIMED IN THE WRITTEN GRIEVANCE, NOR ARTICLE XI AS CLAIMED DURING THE STEP II GRIEVANCE MEETING. FURTHER, THE GRIEVANCE WAS ~~FILED~~/RECEIVED BY MANAGEMENT ON 3/14/13 WHEN EMPLOYEE WAS NOTIFIED ON 2/31/13 THAT HE WAS BEING SUSPENDED ON 2/28/13. THE GRIEVANCE WAS FILED OUTSIDE/PAST THE PERIOD STATED IN THE CONTRACT.

"X" One choice only.
- [ ] Grievance Satisfactorily Settled
- [ ] Appealed

Date:

Union Representative Signature _____ Date 3/27/2013

Company Representative Signature _____ Date 3/26/13

Disposition by Management: (3rd Step)

Harold Trigg - SPFPA - Region One Director

"X" One choice only.
- [x] Grievance Satisfactorily Settled
- [ ] Appealed

Date:

Union Representative Signature _____ Date 4/(??)/2013

Company Representative Signature _____ Date _____

The Union accepts the Company position on this grievance and case. HT.