UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW KLOTSCHE

    Plaintiff,

vs.

Case No. 3:13cv955 (RNC)

YALE UNIVERSITY and
INTERNATIONAL UNION, SECURITY,
POLICE AND FIRE PROFESSIONALS
OF AMERICA LOCAL NO. 502

    Defendants

## DECLARATION OF HAROLD TRIGG

I, Harold Trigg, declare the following:

1. I am employed by International Union, Security, Police and Fire Professionals of America (SPFPA) as Region 1 Director.

2. As part of my responsibilities as Region 1 Director, I am involved with the filing and processing of grievances.

3. I was involved in the processing of a grievance that was drafted by Andrew Klotsche and signed by Mr. Klotsche on February 27, 2013, in which Mr. Klotsche sought to have his one-day suspension reduced to a "verbal warning for failure to request break."

4. On or about April 30, 2013, I attended the Step 3 grievance meeting with Yale University at which Mr. Klotsche's grievance of February 27, 2013 was discussed by SPFPA and Yale.

5. At the Step 3 grievance meeting, Yale University informed SPFPA that although the grievance had not been filed prior to the contractual deadline, the University had nevertheless considered the merits of the grievance and denied the grievance on that basis alone.

6. SPFPA was informed by Yale University that the University's decision to deny the grievance was based on Mr. Klotsche's admission that he committed rules violations on January 9, 2013 and January 11, 2013, and that the University had followed progressive discipline in issuing the subject one-day suspension.

7. I was involved in SPFPA's analysis of the grievance and the University's response and determined that, based on Mr. Klotsche's admission of wrongdoing and the fact that the University had complied with the progressive discipline requirements, the grievance had no chance of success before an arbitrator.

8. Based on the above analysis and findings, SPFPA withdrew the grievance accordingly.

Pursuant to 28 USC §1746 and under penalty of perjury I state the foregoing is true and correct.

_____
Harold Trigg

Dated: May 27, 2014