UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW KLOTSCHE | : | NO. 3:13CV955(RNC) |
| VS. | : | |
| YALE UNIVERSITY, ET AL | : | DECEMBER 12, 2013 |

<u>**PLAINTIFF'S RESPONSE TO DEFENDANT'S INTERROGATORIES
AND REQUESTS FOR PRODUCTION**</u>

**ITERROGATORIES**

1. With regard to your claim that the defendant Yale University violated your rights, please:

     a. state the names of each individual employee, agent, or representative of each defendant who participated in each alleged wrongful action;

     b. describe in detail each action taken by the defendants which you claim violated your rights;

     c. state the date on which each such action was alleged to have occurred;

     d. identify by name, address and telephone number each individual present when each such event allegedly occurred;

     e. identify each document which refers or relates, directly or indirectly, to each occasion when you claim your rights were violated by the defendants;

  f. identify by name, address and telephone number each individual who has knowledge concerning each alleged occasion when the defendants are alleged to have violated your rights; and

  g. identify by name, address and telephone number each person who was present, observed or heard any of the actions or statements alleged in your complaint.

**ANSWERS:**

  a. Daniel Killen – Director Yale University Security

    Alison Maloney – Human Resources Generalist Security Department

    Reginald Chavis – 2nd Shift Supervisor Yale University Security

    Richard Nucci – Supervisor Yale University Security

    Paul Gallipoli – Supervisor Yale University Security

  b. A private conversation I (A. Klotsche) had with R. Chavis on the night of the incident was used against me during the discipline taken by the University. At no time was I offered or advised union representation, nor was I told implicitly or explicitly that this conversation would be used against me.

Daniel Killen Director of Yale Security and Alison Maloney were both made aware that the conversation was private and continued to use a selected portion of that conversation in the discipline against me.

Director D. Killen and Generalist Alison violated past practices by issuing me a 1 day suspension following a verbal warning I had received for an unrelated incident 17 months prior. Past practices have been verbal warning, written warning, and then suspension.

The memo citied "continued poor work performance" when nothing in my HR Personnel file or Department file contain any documentation to prove the claim, nor does the security department have any employee evaluation.

The charges of carrying university keys without permission, is a common practice of security employees that management is aware of. The management at Yale Security has even issued Yale University keys to selected security officers to be carried on their personal key rings On and Off Duty. These officers still continue to be in possession of these keys despite the fact that I have been disciplined.

On August 2nd 2013, I (A. Klotsche) had called the security department to use 8 hours sick time on the same day; P. Gallipoli was the supervisor I had spoken to that day about taking the sick time. P. Gallipoli called me back 2 minutes after our initial conversation and said, "Have a nice Friday" then hung up the phone. The tone and inflection of his voice with the return phone call lead me to believe that I would be further disciplined.

On October 16th 2013 it was announced in the pre shift roll call that progressive discipline would be used against individuals who did not approve their time sheet. I was approached shortly thereafter R. Chavis who reiterated the same announcement to me and told me to start approving my time sheet and ended the conversation by saying, "consider this a coaching." The only notice I had received of this policy change was this same day, and I had still (as of 10-26-13) not received any written notice of this change. Appropriate representation again was not offered.

    c.    January 17, 2013

    d.    Daniel Killen – Director Yale University security
            203-436-4468
            79 Howe St. New Haven CT 06511

Reginald Chavis – Supervisor Yale University security

203-823-8613

79 Howe St. New Haven CT 06511

Richard Nucci – Supervisor Yale University Security

203-627-0547

79 Howe St. New Haven CT 06511

Paul Gallipoli- Supervisor Yale University Security

203-675-8598

79 Howe St. New Haven CT 06511

Joseph Ryan- Shift Steward (former) SPFPA Local 502

203-859-1357

79 Howe St. New Haven CT 06511

Michael Rabino- Chief Steward SPFPA Local 502 Yale University Security Department

203-605-8588

79 Howe St. New Haven CT 06511

Judith Rivera- Recording secretary SPFPA Local 502

203-606-0246

79 Howe St. New Haven CT 06511

Alison Maloney – Human Resource Generalist of security department

203-432-5552

221 Whiney Ave. New Haven CT 06511

e. please see attached

f. Daniel Killen – Director Yale University security

203-436-4468

79 Howe St. New Haven CT 06511

Reginald Chavis – Supervisor Yale University security

203-823-8613

79 Howe St. New Haven CT 06511

Richard Nucci – Supervisor Yale University Security

203-627-0547

79 Howe St. New Haven CT 06511

Paul Gallipoli- Supervisor Yale University Security

203-675-8598

79 Howe St. New Haven CT 06511

g. Daniel Killen – Director Yale University security

203-436-4468

79 Howe St. New Haven CT 06511

Reginald Chavis – Supervisor Yale University security

203-823-8613

79 Howe St. New Haven CT 06511

Richard Nucci – Supervisor Yale University Security

203-627-0547

79 Howe St. New Haven CT 06511

Paul Gallipoli- Supervisor Yale University Security

203-675-8598

79 Howe St. New Haven CT 06511

Joseph Ryan- Shift Steward (former) SPFPA Local 502

203-859-1357

79 Howe St. New Haven CT 06511

Michael Rabino- Chief Steward SPFPA Local 502 Yale University Security Department

203-605-8588

79 Howe St. New Haven CT 06511

Judith Rivera- Recording secretary SPFPA Local 502

203-606-0246

79 Howe St. New Haven CT 06511

Alison Maloney – Human Resource Generalist of security department

203-432-5552

221 Whitney Ave. New Haven CT 06511

Michael Rivera – Yale Security

203-510-4321

79 Howe St. New Haven CT 06511

## VERIFICATION

I, Andrew Klotsche, hereby certify that I have reviewed the above interrogatories and responses thereto and that they are true and accurate to the best of knowledge and belief.

_____
Andrew Klotsche

Subscribed and sworn to before me this 12th day of December, 2013

_____
NOTARY PUBLIC/ ~~COMMISSIONER OF THE SUPERIOR COURT~~

Exp: 1-31-2015

# Yale University

*University Security Programs*
*79 Howe St.*
*New Haven, Ct. 06520-8235*
*Telephone: 203-436-4393*

TO: Andrew Klotsche

FROM: Daniel F. Killen, Director of Security Operations

DATE: February 21, 2013

RE: One (1) Day Unpaid Suspension

This memo is to inform you that you are suspended from employment with Yale University without pay on Thursday, February 28, 2013 as a result of your continued poor work performance. On September 7, 2011 you were issued a verbal warning for poor performance by failing to remain visible and for failing to actively patrol your assigned area. Since the issuance of the verbal warning, you have not shown significant and sustained improvement in your job performance.

On January 9, 2013 management was unable to locate you while checking your assigned post. Upon further investigation, you were observed inside an interior basement room, with your coat and duty belt off, reading a book and taking notes for an extended period of time when you should have been actively patrolling your assigned area. Contrary to the observations of two supervisors, you denied being in the room for a lengthy period of time. You were found to be in possession of the master keys to the residential college, which is contrary to department procedure. During an initial conversation with management, you were reminded that you were to be visible on your post. You stated that you were not very concerned about being 'written up, it's not like I'll get a suspension without pay or fired'. You left this initial meeting with the manager smiling and appeared not be worried.

On January 11, 2013, management again found you inside of a building, this time wearing a non-department backpack, and you were unlocking various mechanical room doors. Your explanation was that you were looking for a place to leave your lunch, however this occurred ninety minutes into your shift when you should have been very visible and actively patrolling your assigned area.

On January 17, 2013, during an investigatory interview with me and Human Resources Generalist Alexandra Leibenhaut you were not forthcoming in your responses regarding the January 9th incident. You initially indicated that you went into the basement room to 'get warm', with no mention of removing your coat. You failed to mention that you had been seen reading a book, only acknowledging it when specifically questioned by me. You also failed to mention that you were also taking notes, until specifically questioned by me. You again denied being in the room for a lengthy period of time, despite the observations of two managers.

You admitted that you knew the department's procedure on carrying University keys when not actively responding to a call for service. In fact, you identified that you had been 'disciplined' in the past by former Security manager James Smith for carrying University keys.

When questioned regarding your actions on January 11th, you initially accused the manager of 'spying' on you. Your explanation of looking for a place to store your lunch did not match your earlier accounting of your regular routine.

By your actions, statements, and demeanor you failed to demonstrate that you understand the seriousness of your actions. You continue to fail to perform your duties as explained to you. After being spoken to on January 9th about your performance, you minimized its importance by virtue of your comments that you would not be disciplined harshly. Then two days later you again failed to perform your essential duties as explained to you, and again attempted to redirect blame instead of taking responsibility for your actions.

You continue to exhibit conduct of being inattentive on duty, failing to carry out the essential functions of your job, and accept the seriousness of your actions. Management has made numerous attempts to correct your behavior, but you continue to perform poorly and this will not be tolerated. Failure to demonstrate immediate, significant and sustained improvement in your performance will result in further discipline, up to and including termination of your employment with Yale University.

CC HR Personnel File

203-650-5565

Inbox | Compose | Folders | Search | Accounts | Options | Problem | Help | Open Folder | Inbox | Log out

Last login: Sat 03 Aug 2013 06:16:51 PM EDT from sp-kiosk-001.secops.yale.edu

### Inbox: Re: Sick day 8-2-13 (10 of 703)

Mark as: | Move | Copy This message to | Back to Inbox
Delete | Reply | Reply to All | Forward | Redirect | View Thread | Message Source | Save as | Print

**Date:** Sat, 3 Aug 2013 22:57:52 +0000 [08/03/2013 06:57:52 PM EDT]
**From:** "Gallipoli, Paul" <paul.gallipoli@yale.edu>
**To:** "andrew.klotsche@yale.edu" <andrew.klotsche@yale.edu>
**Cc:** "Killen, Daniel" <daniel.killen@yale.edu>, "Lindner, Janet" <janet.lindner@yale.edu>
**Subject:** Re: Sick day 8-2-13
**Headers:** Show All Headers

Andrew--I just checked my phone log on my phone and it does look like a call did go to you from my phone at 1051am--it is very possible that I pocket dialed you in error and was at the time speaking to someone else in the area. I do not want you to think in any way I would place a call to you and say that as you as this is not how I would react.


Paul Gallipoli
Shift Supervisor
Yale University Security
344 College Street
New Haven, Ct 06511
Work-203-436-4263
Cell-203-675-8598


On Aug 3, 2013, at 6:42 PM, "andrew.klotsche@yale.edu" <andrew.klotsche@yale.edu> wrote:

[Hide Quoted Text]
>
>     When I booked off sick yesterday (8-2-13) 10:49 am I was surprised that you
> had called me back at 10:51 am and commented "Have a nice Friday" and hung up. I
> booked off because my daughter was in the middle of surgery at the time I
> called. Your comment implied that I am abusing my sick time. I have not nor
> have I ever abused my sick time. I hope this clears up any misconceptions you
> have.
>
>     Andrew M. Klotsche
>
> CC: Attorney J. Williams

Delete | Reply | Reply to All | Forward | Redirect | View Thread | Message Source | Save as | Print
Mark as: | Move | Copy This message to | Back to Inbox

8/8/2013

| Inbox | Compose | Folders | Search | Accounts | Options | Problem | Help | | Open Folder | drafts |

Log out

## drafts: Sick day 8-2-13 (1 of 3)

Mark as:  Move | Copy  This message to                                                        Back to drafts
Delete | Reply | Reply to All | Forward | Redirect | View Thread | Message Source | Save as | Print

Date: Sat, 03 Aug 2013 18:42:25 -0400 [08/03/2013 06:42:25 PM EDT]
From: ak78@pantheon.yale.edu
To: Paul A Gallipoli <paul.gallipoli@yale.edu>
Cc: Daniel Killen <daniel.killen@yale.edu>, Janet E Lindner <janet.lindner@yale.edu>
Subject: Sick day 8-2-13
Headers: Show All Headers

When I booked off sick yesterday (8-2-13) 10:49 am I was surprised that you had called me back at 10:51 am and commented "Have a nice Friday" and hung up. I booked off because my daughter was in the middle of surgery at the time I called. Your comment implied that I am abusing my sick time. I have not nor have I ever abused my sick time. I hope this clears up any misconceptions you have.

Andrew M. Klotsche

CC: Attorney J. Williams

Delete | Reply | Reply to All | Forward | Redirect | View Thread | Message Source | Save as | Print
Mark as:  Move | Copy  This message to                                                        Back to drafts

8/8/2013