UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW KLOTSCHE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13CV955 (RNC) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | NOVEMBER 13, 2016 |

## NOTICE OF APPEARANCE

Please enter the appearance of Colleen Noonan Davis, as attorney for the defendant, Yale University, in the above-entitled matter.

                                              THE DEFENDANT
                                              YALE UNIVERSITY

                                              BY:   /s/ Colleen Noonan Davis  (#ct27773)
                                                        Colleen Noonan Davis
                                                        Donahue, Durham & Noonan, P.C.
                                                        741 Boston Post Road
                                                        Guilford, CT 06437
                                                        (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      /s/
                                           Patrick M. Noonan