UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW KLOTSCHE | : | |
| VS. | : | NO. 3:13cv955(GWC) |
| YALE UNIVERSITY, ET AL. | : | FEBRUARY 25, 2017 |

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO
MOTIONS FOR SUMMARY JUDGMENT**

The defendant employer has furnished the entire collective bargaining agreement and asserts that the relevant provision thereof is Article XI. Article XI contains the following pertinent language:

Section 1.

(a) No non-probationary Security Officer may be disciplined...except for just cause.

\*     \*     \*

(d) Discipline older than eighteen (18) months does not serve as a basis for progressive discipline, except in cases of serious misconduct....

\*     \*     \*

Section 4.   Neither the University nor the Union shall apply the provisions of this Agreement in an arbitrary, capricious or discriminatory manner.

1

Contrary to Yale's argument, Section 1(d) explicitly assumes that all discipline, "except in cases of serious misconduct" shall be "progressive discipline...."

Section 1(a), like almost all collective bargaining agreements, provides that no discipline shall be imposed without "just cause."  As discussed in the plaintiff's earlier brief, the term "just cause" is a term of art in labor relations and mandates that the employer's rules, orders and penalties be imposed "evenhandedly and without discrimination to all employees."  (Plaintiff's Brief at pp. 3-4, with citations to pertinent authority.)

Reading the collective bargaining agreement, as applied to the facts of this case, in the light most favorable to the nonmoving party, the plaintiff certainly would have won his grievance had the union represented him properly.  Both summary judgment motions must be denied.

                                           Respectfully submitted:

                                                  /s/
                                        JOHN R. WILLIAMS (ct00215)
                                        51 Elm Street
                                        New Haven, CT 06510
                                        203.562.9931
                                        Fax:  203.776.9494
                                        jrw@johnrwilliams.com
                                        Plaintiff's Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/
                                      JOHN R. WILLIAMS