UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW KLOTSCHE | : |
| | : |
| v. | : NO. 3:13cv955(GWC) |
| | : |
| YALE UNIVERSITY and | : |
| INTERNATIONAL UNION, SECURITY, | : |
| POLICE AND FIRE PROFESSIONALS | : |
| OF AMERICA, LOCAL NO. 502 | : |

## **JUDGMENT**

This action having come before the Court on motions for summary judgment filed by the defendants, before the Honorable Geoffrey W. Crawford, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued an Opinion and Order on March 7, 2017, granting defendants' motions; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendants.

Dated at Hartford, Connecticut, this 8th day of March, 2017.

ROBIN D. TABORA, Clerk

By    /s/LL
    Loraine LaLone
    Deputy Clerk

EOD: 3/8/2017